## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

ANTONIA S. LOPEZ,          )
                                   )
      Plaintiff,          )
                                   )
v.                             )    CIVIL ACTION FILE
                                 )    NO. 1:10-CV-0252-CAP-ECS
CITY OF AVONDALE ESTATES,  )
AVONDALE POLICE           )
DEPARTMENT,  JASON         )
BROWEN, THOMAS GILLIS,    )
PAUL CONROY,             )
                                 )
      Defendants.       )
                                 )

## NOTICE OF VIDEOTAPED DEPOSITION OF ANTONIA S. LOPEZ

TO:   Antonia S. Lopez, Pro Se
        P.O. Box 782
        Redan, Georgia 3007

PLEASE TAKE NOTICE that counsel for defendants Jason Browen, Thomas Gillis and Paul Conroy will take the discovery deposition of Antonia S. Lopez on Tuesday, August 17, 2010, beginning at 1:30 p.m. at the law offices of Gray, Rust, St. Amand, Moffett & Brieske, LLP, 950 East Paces Ferry Road, N.E., Suite 1700, Atlanta, GA 30326, (404) 870-6608.  The deposition will be taken for purposes of cross-examination, discovery and any other purpose authorized by law before a court reporter duly authorized to administer oaths and for the preservation of evidence and for use at trial.  The deposition will continue from time to time and

day to day until completed. This deposition will be recorded by videotape and

stenographic means.

This 28th day of July, 2010.

/s/ Debra K. Haan
Harvey S. Gray
Georgia Bar No.: 305838
Debra K. Haan
Georgia Bar No.: 316060
Counsel for Defendants Jason Browen,
Thomas Gillis and Paul Conroy

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700
Atlanta, GA  30326
(404) 870-7376 (Gray)
(404) 870-6608 (Haan)
(404) 870-7374 (fax)
hgray@grsmb.com
dhaan@grsmb.com

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| ANTONIA S. LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1:10-CV-0252-CAP-ECS |
| CITY OF AVONDALE ESTATES, | ) | |
| AVONDALE POLICE | ) | |
| DEPARTMENT,  JASON | ) | |
| BROWEN, THOMAS GILLIS, | ) | |
| PAUL CONROY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing

NOTICE OF VIDEOTAPED DEPOSITION OF ANTONIA S. LOPEZ upon all counsel

of record by depositing same in the United States Mail with adequate postage affixed

thereon to:

Antonia S. Lopez, Pro Se
P.O. Box 782
Redan, Georgia 30074

This 28th day of July, 2010.

*/s/ Debra K. Haan*
Harvey S. Gray
Georgia Bar No.: 305838
Debra K. Haan
Georgia Bar No.: 316060
Attorneys for Defendants Thomas
Gillis, Jason Browen and Paul Conroy

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA  30326
(404) 870-7376 (Gray)
(404) 870-6608 (Haan)
(404) 870-7374 (fax)
hgray@grsmb.com
dhaan@grsmb.com

I:\604\191-Lopez v. Gillis, et al\RE-FILED CASE\Pleadings\notice of deposition of plaintiff antonia lopez.doc